IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR298 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE LOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion pursuant to Rule 35(b) (Filing No. 36). The Court notes plaintiff has requested this matter be scheduled for hearing. Accordingly,

IT IS ORDERED that hearing on plaintiff's Rule 35(b) motion is scheduled for:

**Thursday, April 6, 2006, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 4th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court